ACCEPTED
12-13-00333-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/13/2015 12:04:05 PM
CATHY LUSK
CLERK

# WILLIAM M. CURLEY, P.C.

Lawyer

507 N. Church Street
Palestine, Tx 75801
Tel: (903) 723-6757
Fax: (903) 727-0554

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

5/13/2015 12:04:05 PM

CATHY S. LUSK
Clerk

May 13, 2015

Twelfth Court of Appeals
Cathy S. Lusk
1517 W. Front Street, Ste. 354
Tyler, Texas 75702

**RE:    Case Number:        12-13-00333-CR**

**Trial Court Case Number:  12CR-115**

**Style:  Wilbert Walker v. The State of Texas; in the Twelfth Court of Appeals**

Dear Ms. Lusk:

I certify that I have complied with T.R.A.P. 48.4 in this cause.  Attached please

find a copy of the return receipt as required by the rule.  I have also attached a copy of the

USPS tracking as of May 12, 2015.

Sincerely,

William M. Curley

Enclosure

# U.S. Postal Service™
# CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

AMARILLO TX 79107

| | | |
|---|---|---|
| Postage | $ $1.40 | 0801 |
| Certified Fee | $3.30 | 08 |
| Return Receipt Fee (Endorsement Required) | $2.70 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $7.40 | 05/01/2015 |

Sent To
WILBERT WALKER # 01891050 / WILLIAM P CLEMENTS UNIT

Street, Apt. No.; or PO Box No.
9601 SPUR 591

City, State, ZIP+4
AMARILLO TX 79107-9606

PS Form 3800, August 2006     See Reverse for Instructions

**≈USPS.COM**

# USPS Tracking™

 Customer Service ›
Have questions? We're here to help.

 Get Easy Tracking Updates ›
Sign up for My USPS.com.

Tracking Number: 70110470000099393625

Expected Delivery Day: **Monday, May 4, 2015**

## Product & Tracking Information

Postal Product:
First-Class Mail®

Features:
Certified Mail™          Return Receipt

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| May 2, 2015 , 12:12 am | Arrived at USPS Facility | COPPELL, TX 75099 |

Your item arrived at our USPS facility in COPPELL, TX 75099 on May 2, 2015 at 12:12 am. The item is currently in transit to the destination.

| | | |
|---|---|---|
| May 1, 2015 , 7:57 pm | Departed Post Office | PALESTINE, TX 75803 |
| May 1, 2015 , 2:42 pm | Acceptance | PALESTINE, TX 75803 |

## Track Another Package

Tracking (or receipt) number

[                                        ]        Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS.com ›



| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
| | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | |
| | Careers | Resources for Developers | |

Copyright © 2015 USPS. All Rights Reserved.

Search or Enter a Tracking Number